IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **14-cv-3374-AP**

JOSEPH D. CHEAVENS,

    Plaintiff,

        v.

PUBLIC SERVICE CORPORATION OF COLORADO, d/b/a XCEL ENERGY, INC.,
MATT JANOWIAK, as Ranger, Columbine District, San Juan National Forest,
KARA CHADWICK, as Supervisor, San Juan National Forest,
NATIONAL FOREST SERVICE, an agency of the United States, Department of Agriculture,

    Defendants.

---

ORDER

---

KANE, J.

    Under the Court's local rules of practice, D.C.COLO.LAPR 1.1. *et seq.*, the AP judge manages an administrative appeal through briefing, after which it is returned to the Clerk's Office to be drawn to a judge like any other civil case under D.C.COLO.LCiv.R 40.1. *See* Untangling Federal Administrative Appeals Practice in the District of Colorado, 42 Colo. Law. 31 (March 2013).[1] In some appeals – particularly those from informal agency decisions where there is no formal record of the administrative proceedings below – this pre-briefing case management often includes challenges to the jurisdictional and

---

[1] Available on the Court's website at http://www.cod.uscourts.gov/Portals/0/Documents/Judges/JLK/jlk_CH-KR-AP-docket-article-03-2013-Colo-Lawyer.pdf.

related justiciability of the appeal as pled. I find the issues raised in Defendants' motions to dismiss (Docs. 27 and 28) to be sufficiently intertwined with the merits of the underlying controversy to suggest the AP judge refrain from resolving them to avoid binding the merits judge to a ruling which he or she may view differently.

For the foregoing reasons, this case is REMITTED to the Clerk for immediate random assignment to a merits judge under D.C.COLO.LCiv.R 40.1. The parties are reminded that the case remains an administrative appeal under the Court's Local Appellate (LAP) Rules and that briefing and other pre-merits procedures remain governed by the LAP Rules and the operative Joint Case Management Plan.

Dated: June 11, 2015.

s/John L. Kane  
SENIOR U.S. DISTRICT JUDGE